

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Claud Wolf
County Auditor
Howard County
Big Spring, Texas

Dear Sir:

Opinion No. O-4050
Re: Power of a commis-
sioners' court to sell
county supplies.

This department has received your request for
an opinion. The following quotation represents the body
of your letter:

"Is it legal for this county to sell
gasolene out of its storage tank to the common
school districts at cost for use in busses
used to transport school children within the
county?"

It is well settled that the commissioners' court
is one of limited power and restricted jurisdiction in
this State. It is a court derivative of our Constitution,
and its power is limited by the Constitution and the
statutory law. El Paso County v. Elam (C.C.A.) 106 S.W.
(2d) 393, Howard v. Henderson County, (C.C.A.) 116 S.W. (2d)
479, Hill County v. Bryant and Huffman, (C.C.A.) 264 S.W.
520, Von Rosenberg v. Lovett, (C.C.A.) 173 S.W. 508, Miller
v. Brown, (C.C.A.) 216 S.W. 452.

We have not found any law which would confer,
either expressly or by implication, the necessary power
upon the court to sell the county gasolene in question in
the manner indicated. Consequently, this department must
hold that the commissioners' court does not have the necessary

legal authority to make these sales.

We feel that this fully answers your inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED NOV 14, 1941

By

FIRST ASSISTANT
ATTORNEY GENERAL

William J. Fanning
Assistant

By

Grundy Williams

GW:FS


APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN